Prob 12 (Rev. 11/1/2004)

# United States District Court

for the

## DISTRICT OF MINNESOTA

United States v. Obuatawan Leon Holt

Docket No. 0864 0:07CR00297-008(DWF)

### Petition on Supervised Release

      COMES NOW **Justin D. Harding**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Obuatawan Leon Holt** who was sentenced for Conspiracy to Distribute and Possess with Intent to Distribute 50 or More Grams of Cocaine Base on April 2, 2009, by the Honorable Donovan W. Frank, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Participate in a drug/alcohol treatment program
- No gang association
- Employment required
- No alcohol (modified May 2, 2017)
- 8 hours of community work service (modified May 2, 2017)
- 60 days alcohol monitoring (modified March 22, 2019)
- Domestic violence programming (modified March 4, 2020)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

      MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On October 6, 2020, Mr. Holt was arrested for gross misdemeanor DWI.

      SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On October 6, 2020, Mr. Holt provided a breath test resulting in a BAC reading of .13.

      STANDARD CONDITION: The defendant shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.

Mr. Holt failed to notify probation of any law enforcement contact related to the DWI offense.

PRAYING THAT THE COURT WILL ORDER conditions of supervision be modified to include the following:

1) Complete and comply with an updated chemical health evaluation within 14 days. Follow any recommendations.

2) The defendant shall participate in a remote alcohol monitoring program for a period of 120 days.

   The defendant shall remain at home on curfew from the hours of 10:00 p.m. until 6:00 a.m. for the duration of the alcohol monitoring program. The defendant will be allowed to leave for work or programming as approved the probation officer.

   The defendant shall be required to pay all or part of the costs of location monitoring based on their ability to pay as determined by the U.S. Probation and Pretrial Services Office.

| ORDER OF THE COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this __5th__ day of __November 2020__, and ordered filed and made a part of the records in the above case. | s/ *Justin D. Harding* <br> Justin D. Harding <br> U.S. Probation Officer <br> Telephone: 651-848-1262 |
| s/Donovan W. Frank <br> Honorable Donovan W. Frank <br> U.S. District Judge | Executed on   November 4, 2020 <br> Place          St Paul <br><br> Approved: <br><br> s/Michael J. Schmidt <br> Michael J. Schmidt <br> Supervising U.S. Probation Officer <br> Telephone: 651-848-1240 |